**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Tavoris Andre TAYLOR, Defendant–**
**Appellant.**

No. 13–12465
Non–Argument Calendar.

United States Court of Appeals,
Eleventh Circuit.

March 5, 2014.

Ramona Albin, Michael B. Billingsley, Frank M. Salter, Joyce White Vance, U.S. Attorney's Office, Birmingham, AL, for Plaintiff–Appellee.

871

Brett Wadsworth, Law Office of Brett Wadsworth, Jasper, AL, for Defendant–Appellant.

Before MARCUS, WILSON and ANDERSON, Circuit Judges.

PER CURIAM:

Brett L. Wadsworth, counsel for Tavoris Andre Taylor in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Taylor's convictions and sentences are **AFFIRMED.**